No. 76–1672. ABRAMSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 76–1693. LYLES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5132. AVILES v. UNITED STATES; and
No. 76–5143. SORIANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 535 F. 2d 658.

No. 76–5887. BETHEA v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 76–6063. KAMPSHOFF v. NEW YORK. App. Div., Sup. Ct.' N. Y., 4th Jud. Dept. Certiorari denied. 

No. 76–6104. FRIESEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–6238. KEENER v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 76–6254. HOOD v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 76–6296. RICHARDS v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–6410. MEEKS v. JAGO, CORRECTIONAL SUPERINTEND-ENT. C. A. 6th Cir. Certiorari denied. 

No. 76–6429. CRUZ v. SKELTON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–6511. O'BERRY v. WAINWRIGHT, SECRETARY, DE-PARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.